UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACK HOOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:16-cv-01385-TWP-DML |
| | ) |
| KEN MOSIER and | ) |
| THE FINER DETAILS LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION FOR DEFAULT JUDGMENT ON SUM CERTAIN**

This matter is before the Court on the Plaintiff's Motion for Default Judgment on Sum Certain.  The Motion (Filing No. 18) is **DENIED** for the following reasons:

1. The Court has denied the Plaintiff's application for an entry of default against defendant Ken Mosier.

2. A Motion for Default Judgment is premature as to defendant The Finer Details, LLC. The Court has issued an Order to The Finer Details, LLC requiring it to show cause why an entry of default should not be made against it.

3. There is not a sufficient showing that the damages sought by the Plaintiff is "liquidated or capable of ascertainment from definite figures contained in the documentary evidence or in detailed affidavits."  *e360 Insight v. The Spamhaus Project,* 500 F.3d 594, 602 (7th Cir. 2007) (allowing entry of a default judgment without a hearing on damages where these standards are met).  The Plaintiff's Motion for Default Judgment is not supported by competent documentary evidence or detailed affidavits.  It is supported only by a conclusory statement of the Plaintiff's attorney that the amount due is $109,953.88.

**SO ORDERED.**

Date: 9/20/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

Service by first class U.S. mail on:

Ken Mosier
121 Commerce Drive, Suite 102
Danville, IN 46122

Ken Mosier
1447 Janetta Ct.
Danville, IN 46122

The Finer Details, LLC
2001 E. Main Street
Danville, IN 46122