# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JACK HOOPER, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:16-cv-01385-TWP-DML |
| KEN MOSIER and THE FINER DETAILS LLC, | ) |
| Defendants. | ) |

## ENTRY GRANTING PLAINTIFF'S MOTION TO AMEND JUDGMENT

The Court, having considered Plaintiff's Motion to Amend Judgment ([Filing No. 77](#)), and the Court, being duly advised, now finds that the Motion should be and hereby is **GRANTED**.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Entry Following Damages Hearing ([Filing No. 73](#)) is hereby amended to include actual damages in the amount of $20,000.00 for Plaintiff's Conversion claim, which is trebled to the amount of $60,000.00 pursuant to Indiana Code § 34-24-3-1. Plaintiff's actual, total damages—$20,000.00 for the Conversion claim and $40,900.00 from the initial damages award—are doubled pursuant to Plaintiff's Indiana Senior Consumer Protection Act claim under Indiana Code § 24-4.6-6-5(c)(1). Defendants are liable to Plaintiff in the amount of $40,900.00 from the initial damages award, $60,000.00 for the Conversion claim, $60,900.00 for statutory double damages and a $5,000.00 civil penalty for the Senior Consumer Protection Act claim, and $43,645.32 for attorneys' fees. Accordingly, Defendants' total liability to Plaintiff is **$210,445.32**. An amended final judgment will issue under separate order.

**SO ORDERED.**

Date: 4/12/2018

*Tanya Walton Pratt (signature)*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

KEN MOSIER
2001 E. Main St.
Danville, IN 46122

THE FINER DETAILS LLC
2001 E. Main St.
Danville, IN 46122

Annavieve C. Conklin
DELANEY & DELANEY LLC
ACONKLIN@DELANEYLAW.NET

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net